United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 4:21-CR-301 |
|---|---|
| V. | |
| CHRISTOPHER KNIGHT LOPEZ, JAYSON LOPEZ | |

### ORDER

Pending before the Court is the United States' Unopposed Motion to Unseal Case. Having considered the Motion,

IT IS ORDERED that the United States' Motion to Unseal Case is GRANTED. The case is ORDERED to be UNSEALED.

Signed 7 March 2025.

_____
The Honorable Keith P. Ellison
United States District Judge